CHARLES A. BUCKLEY et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued October 28, 1942; decided December 3, 1942.

*Copal Mintz* for appellants.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* and *Bernard Newman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.